IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01373-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 67.166.32.54,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 14, 2014 (ECF No. 11), it is

ORDERED that Defendant John Doe and this action are **DISMISSED WITH PREJUDICE**.

Dated:  July 14, 2014

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge